# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 18CR4894-H |
|---|---|
| Plaintiff, | ) |
| | ) Booking No. 72674-298 |
| v. | ) |
| | ) JUDGMENT AND ORDER |
| DIANA CATALINA RAMIREZ (1), | ) OF DISMISSAL |
| Defendant. | ) |

Based upon the motion of the United States (Doc. No. 17), the Court grants the Government's motion to dismiss without prejudice the Information in the above entitled case against Defendant Diana Catalina Ramirez. The Defendant is hereby discharged as to this case only.

IT IS SO ORDERED AND ADJUDGED.

DATED: February 13, 2019

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

-1-